**Dismissed and Memorandum Opinion filed January 8, 2015.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-14-00722-CV

---

## LINDA HOLMAN, Appellant

## V.

## PLUM CREEK TOWNHOUSES, Appellee

---

**On Appeal from the County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1050343**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed August 11, 2014. The notice of appeal was filed September 4, 2014. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless indigent); Tex. R. App. P. 20.1 (listing requirements for establishing indigence); *see also*; Tex. Gov't Code Ann. § 51.207.

On December 9, 2014, this court ordered appellant to pay the appellate filing fee on or before December 22, 2014, or the appeal would be dismissed. Appellant has not paid the appellate filing fee. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and McCally.